USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/24/2026

MEMO ENDORSED

**Memorandum Endorsement**
7:26-cv-5973 (NSR)
*Cabero-Gonzalez v. Wellpath*

The Court is in receipt of Defendant Wellpath's letter motion requesting an extension of time to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint. (ECF No. 24.) Defendant's request for a forty-five-day extension of time is GRANTED. Defendant Wellpath shall answer, move, or otherwise respond to the Second Amended Complaint on or before January 8, 2027.

The Court also addresses Plaintiff's "Motion for Judgment," ECF No. 16, which is DENIED without prejudice. To the extent Plaintiff seeks a default judgment, the request is premature. Plaintiff filed the motion on October 8, 2026, before Wellpath was served on November 2, 2026. *See* ECF No. 21. Wellpath's time to respond has now been extended by this Order. Plaintiff also has not obtained an entry of default from the Clerk of Court. That is the required first step before a default judgment can be sought. *See* Fed. R. Civ. P. 55(a)–(b); *City of New York v. Mickalis Pawn Shop*, LLC, 645 F.3d 114, 128 (2d Cir. 2011). Plaintiff says he sent notices of claim and other letters to the Westchester County Attorney, the County's risk management department, and jail staff. Those mailings are not service of process on Wellpath, and they did not trigger any Defendant's obligation to respond in this action.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 16 and 24, mail a copy of this endorsement to *pro se* Plaintiff at the address listed on ECF, and show proof of service on the docket.

Dated: November 24, 2026
White Plains, NY

SO ORDERED:

______________________

NELSON S. ROMÁN
United States District Judge